IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| JUANITA WALKER, | ) | |
| | ) | 4:10CV00048 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| SERVICE CORPORATION | ) | |
| INTERNATIONAL, ET AL., | ) | By: Jackson L. Kiser |
| | ) | Senior United States District Judge |
| Defendants. | ) | |

Before me is a Motion to Dismiss by all named Defendants. Mot. to Dismiss, Dec. 10, 2010, ECF No. 27. The parties have thoroughly briefed the matter. Br. in Supp. of Mot. to Dismiss, Dec. 10, 2010, ECF No. 28; Pl.'s Br. in Opp'n, Jan. 14, 2011, ECF No. 37; Defs.' Reply, Jan. 24, 2011, ECF No. 39. On March 31st, 2011, the Court held a telephonic hearing on the Defendants' motion. For the reasons explained in the Memorandum Opinion accompanying this Order, the Defendants' Motion to Dismiss is **GRANTED** and the Plaintiff's request for leave to amend her Complaint is **DENIED**.

ENTERED this 12th day of April, 2011.

s/Jackson L. Kiser
SENIOR UNITED STATES DISTRICT JUDGE